(124 So. 922)

**Charlie HYMEN, alias Hyman, v. STATE.** (2 Div. 435.)

Court of Appeals of Alabama. Nov. 12, 1929.

RICE, J. Affirmed.

---

(125 So. 922)

**INDUSTRIAL CHEVROLET CO. v. C. P. SMITH.** (6 Div. 534.)

Court of Appeals of Alabama. Dec. 10, 1929.

BRICKEN, P. J. Affirmed.

---

(122 So. 923)

**Bertha JACKSON v. CITY OF BIRMINGHAM.** (6 Div. 578.)

Court of Appeals of Alabama. April 30, 1929.

RICE, J. Affirmed.

---

(124 So. 922)

**Alford, alias A. F. JACKSON v. STATE.** (6 Div. 694.)

Court of Appeals of Alabama. Oct. 29, 1929.

PER CURIAM. Appeal dismissed on motion of appellant.

---

(127 So. 922)

**Bertha JACKSON v. STATE.**
4 Div. 623.

Court of Appeals of Alabama.
April 15, 1930.

BRICKEN, P. J.

This appellant, defendant below, interposed a plea of guilty to the indictment which charged her with an assault and battery upon one Ed Pugh. She was thereupon adjudged guilty on her plea and was duly sentenced to hard labor for the county for a stated period of time within the terms of the statute. From the judgment of conviction pronounced and entered, she appealed. The appeal is upon the record proper without a bill of exceptions. We find the record regular in all things. There being no error, the judgment of conviction is affirmed.

Affirmed.

---

(125 So. 922)

**Carl JACKSON v. STATE.** (8 Div. 915.)

Court of Appeals of Alabama. Jan. 28, 1930.

RICE, J. Affirmed.

---

(126 So. 926)

**Charlie JACKSON, alias Charlie Red v. STATE.**
1 Div. 904.

Court of Appeals of Alabama.
Jan. 21, 1930.

Rehearing Denied Feb. 11, 1930.

SAMFORD, J.

Defendant was indicted on charge of murder and convicted of manslaughter in the first degree, and he appeals.

No briefs have come to the court in this case, but we have read the record and find that the defendant has had a fair trial free from prejudicial error.

The judgment is affirmed.

Affirmed.

---

(124 So. 922)

**Hugh JACKSON v. STATE.** (8 Div. 882.)

Court of Appeals of Alabama. Dec. 6, 1929.

PER CURIAM. Appeal dismissed on motion of appellant.